The People of the State of Illinois, Plaintiff-Appellee, *v.* Steve Bell, Defendant-Appellant.

(No. 56492;

First District (3rd Division)—December 21, 1972.

PER CURIAM.

466

Gerald W. Getty, Public Defender, of Chicago, (Thaddeus L. Kowalski and Robert M. Gray, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Zenon Forowycz, Assistant State's Attorneys, of counsel,) for the People.